**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| In re NATIONAL CITY CORPORATION SECURITIES, DERIVATIVE & ERISA LITIGATION ) ) ) | Master File No: 08 CV 70000  JUDGE PATRICIA A. GAUGHAN |
| ) This document is applicable to: ) The Securities Case ) | |

## STIPULATION AND PROPOSED ORDER

Lead plaintiff Thomas P. Dinapoli, Comptroller of the State of New York, as administrative head of the New York State and Local Retirement Systems and as trustee of the New York State Common Retirement Fund, and Defendants, by and through their respective counsel, hereby stipulate and agree that:

1. Lead Plaintiff shall file a Consolidated Class Action Complaint (the "Consolidated Complaint") within sixty (60) days of entry of this order.

2. Defendants shall have sixty (60) days in which to answer or otherwise respond to the Consolidated Complaint.

3. If Defendants move with respect to the Consolidated Complaint, Lead Plaintiff shall file its opposition to Defendants' motion within sixty (60) days.

4. Defendants shall file their reply within thirty (30) days of Lead Plaintiffs' opposition.

- 2 -

Dated: April 11, 2008　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　s/ Ira M. Press
　　　　　　　　　　　　　　　　　　　　Roger W. Kirby
　　　　　　　　　　　　　　　　　　　　E-mail: rkirby@kmllp.com
　　　　　　　　　　　　　　　　　　　　Ira M. Press
　　　　　　　　　　　　　　　　　　　　E-mail: ipress@kmllp.com
　　　　　　　　　　　　　　　　　　　　Peter S. Linden
　　　　　　　　　　　　　　　　　　　　E-mail: plinden@kmllp.com
　　　　　　　　　　　　　　　　　　　　KIRBY McINERNEY LLP
　　　　　　　　　　　　　　　　　　　　830 Third Avenue, 10th Floor
　　　　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 371-6600
　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 751-2540

　　　　　　　　　　　　　　　　　　　　*Plaintiff's Lead Counsel*


　　　　　　　　　　　　　　　　　　　　s/ Roger W. Van Deusen
　　　　　　　　　　　　　　　　　　　　Roger W. Van Deusen
　　　　　　　　　　　　　　　　　　　　E-mail: vandeusenr@vwlawyers.com
　　　　　　　　　　　　　　　　　　　　[Ohio Bar Registration No. 0003846]
　　　　　　　　　　　　　　　　　　　　VAN DEUSEN & WAGNER, LLC
　　　　　　　　　　　　　　　　　　　　1610 The Hanna Building
　　　　　　　　　　　　　　　　　　　　1422 Euclid Avenue
　　　　　　　　　　　　　　　　　　　　Cleveland, Ohio 44115
　　　　　　　　　　　　　　　　　　　　Telephone: (216) 781-4000
　　　　　　　　　　　　　　　　　　　　Facsimile: (216) 781-5666

　　　　　　　　　　　　　　　　　　　　*Plaintiff's Liaison Counsel*

- 3 -

    s/ John M. Newman, Jr.
    John M. Newman, Jr.
    E-mail:  jmnewman@jonesday.com
    [Ohio Bar Registration No. 0005763]
    Geoffrey J. Ritts
    E-mail:  gjritts@jonesday.com
    [Ohio Bar Registration No. 0062603]
    Adrienne M. Ferraro
    E-mail:  amferraro@jonesday.com
    [Ohio Bar Registration No. 0076332]
    JONES DAY
    North Point
    901 Lakeside Avenue
    Cleveland, OH  44114-1190
    Telephone:     (216) 586-3939
    Facsimile:     (216) 579-0212

    *Counsel for Defendants*

**It is so ordered.**

/s/ Patricia A. Gaughan
Judge Patricia A. Gaughan
United States District Judge