# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re NATIONAL CITY CORPORATION SECURITIES, DERIVATIVE & ERISA LITIGATION | ) MDL No.: 2003<br>) Case No.: 1:08-nc-70000-SO<br>) |
| This document is applicable to:<br>The Derivative Cases | ) JUDGE SOLOMON OLIVER, JR.<br>) |

## INDIVIDUAL DEFENDANTS' MOTION TO DISMISS FOR LACK OF STANDING

The Individual Defendants hereby move, pursuant to Federal Rule of Civil Procedure 12(b)(1), to dismiss this action for want of standing. As set forth in the accompanying memorandum of law, plaintiffs no longer have standing to pursue this derivative action in light of the recently-completed merger between National City Corporation and The PNC Financial Services Group, Inc.

This Motion is also supported by the declaration of Geoffrey J. Ritts, one of the attorneys for the Individual Defendants.

- 2 -

Dated:  January 12, 2009　　　　　　　　　　Respectfully submitted,

          /s/ Geoffrey J. Ritts
John M. Newman, Jr.
(Ohio Bar Registration No. 0005763)
E-mail:  jmnewman@jonesday.com
Geoffrey J. Ritts
(Ohio Bar Registration No. 0062603)
E-mail:  gjritts@jonesday.com
Adrienne M. Ferraro
(Ohio Bar Registration No. 0076332)
E-mail:  amferraro@jonesday.com
Andrew G. Fiorella
(Ohio Bar Registration No. 0077005)
E-mail:  agfiorella@jonesday.com
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH  44114-1190
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212

*Attorneys for the Individual Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2009, a copy of the foregoing Individual Defendants' Motion to Dismiss for Lack of Standing, with attached Memorandum in Support of the Individual Defendants' Motion to Dismiss for Lack of Standing, Declaration of Geoffrey J. Ritts in Support of the Individual Defendants' Motion to Dismiss for Lack of Standing and accompanying exhibits, and a proposed order, were filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's systems.

/s/ Geoffrey J. Ritts
Geoffrey J. Ritts

*One of the Attorneys for the
Individual Defendants*