UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re NATIONAL CITY CORPORATION, SECURITIES, DERIVATIVE & ERISA LITIGATION | Case No.: 1:08 nc 70000 |
| This Document Relates To: | JUDGE SOLOMON OLIVER, JR. |
| *Argent Classic Convertible Arbitrage Fund (Bermuda) Ltd. v. National City Corp., et al* (1:08-nc-70016) | ORDER |

Upon consideration of Plaintiff Argent Classic Convertible Arbitrage Fund (Bermuda) Ltd.'s ("Argent" or "Plaintiff") Motion to be Appointed Lead Plaintiff and to Approve Proposed Lead Plaintiff's Choice of Lead and Liaison Counsel (ECF No. 6) filed in the above-captioned case, the court grants Plaintiff's Motion.

IT IS HEREBY ORDERED THAT:

1. Argent is hereby APPOINTED to serve as Lead Plaintiff for all purchasers of National City Corporation 4.0% Notes (the "4% Notes Class") pursuant and/or traceable to the Company's Shelf Registration Statement and Prospectus Supplement issued in connection with the Offering and who purchased the Notes on the open market from January 23, 2008 through September 30, 2008 (the "Class Period"); and

2. The law firm of Entwistle & Cappucci LLP is hereby APPOINTED to serve as Lead

Counsel and the law firm of Strauss & Troy is hereby APPOINTED to serve as Liaison Counsel for the 4.0% Notes Class, pursuant to Section 21D(a)(3)(B) of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B).

    IT IS SO ORDERED.

                                            /S/ SOLOMON OLIVER, JR.
                                            UNITED STATES DISTRICT JUDGE

October 8, 2009