# JONES DAY

NORTH POINT • 901 LAKESIDE AVENUE • CLEVELAND, OHIO 44114.1190
TELEPHONE: 216.586.3939 • FACSIMILE: 216.579.0212

Direct Number:  (216) 586-7065
gjritts@jonesday.com

JP856957:dlb
879047-210004

February 12, 2010

Hon. Solomon Oliver, Jr.
Carl B. Stokes United States Courthouse
801 West Superior Ave.
Cleveland, OH  44113-1838

    Re:    In re National City Corporation ERISA Litigation, No. 1:08-nc-70000

Dear Judge Oliver:

    This letter is to provide the Court with notice that the parties have reached an agreement in principle to settle the captioned action, following an extensive mediation, as we informed your chambers in a telephone call earlier this week.  The settlement is subject to the preparation of a formal, definitive settlement agreement, which the parties are in the process of drafting, along with such ancillary documents as a class notice and proposed final judgment.  When the settlement agreement and ancillary documents have been finalized, the parties will so notify the Court and will file an appropriate motion.

    If Your Honor has any questions about the foregoing, we would be happy to address them.

Respectfully submitted,

Geoffrey J. Ritts

cc:    Plaintiffs' Co-Lead Counsel
       (Edward W. Ciolko, Esq. and Edwin J. Mills, Esq.)

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND
2010 FEB 18  AM 8: 17
FILED

CLI-1780935v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DUBAI • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MEXICO CITY • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS
PITTSBURGH • SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON