UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re NATIONAL CITY CORPORATION, | ) | Case No.: 1:08 NC 70000 |
| SECURITIES, DERIVATIVE & ERISA | ) | |
| LITIGATION, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| | ) | |
| This Document Relates To: | ) | |
| | ) | |
| *Shoaff et al. v. National City Bank,* | ) | CASE MANAGEMENT |
| (1:09-nc-70003) | ) | CONFERENCE ORDER |

The court held a case management conference with counsel for Plaintiffs John Shoaff, Thomas Shoaff, and Robert Shoaff, and Defendant National City Corporation on July 7, 2011, at 3:00 p.m.  The court decided to defer setting dates for pretrial discovery and dispositive motions until ruling on the anticipated motion to dismiss to be filed by Defendant.  Defendant shall have until August 11, 2011, to file said motion.  Plaintiff shall have until September 12, 2011, to respond to Defendant's motion.  Defendant shall have until September 27, 2011, to reply.  The court will hold a telephonic status conference on October 13, 2011, at 4:00 p.m.  At that time, the court will address issues regarding discovery, including turning over the trust file.

IT IS SO ORDERED.

/s/ SOLOMON OLIVER, JR.
CHIEF JUDGE
UNITED STATES DISTRICT COURT

July 11, 2011